# Exhibit A

# HARDMAN GENERAL CONTRACTORS
### 414 40ᵀᴴ  Street , Downers Grove , Illions 60515
### Tel..  708 473 4043

**Work Proposal**                                                    **Page 1 of 2**

Tom & Rose Wesolec
11113 Boeger ct,
Westchester , IL.

Work to be carried out to the specifications of the drawings supplied by Creative Options. project #2014129
A single storey addition to the rear of the above address.

To include the following;
  Exterior.
1, excavation and concrete of new basement and footings .
2, Basement window well with escape window .
3, Construction of  a new roof with white  aluminum fascia , soffit ,gutters and  ashfelt shingles.
   (To match existing roof which is to remain.)
4, Exterior windows to be 2 double hung and 2 awning with  aluminum  exterior and wood interior stain to
   match  existing.
5, Supply and install French doors AL exterior and wood interior .
6, Exterior walls of new addition will be brick to match as closely as possible .
7, Exterior concrete stoop.

Interior

1,  Framing , Insulation and drywall finish .  As per drawings
2,  Electrical outlets, switches, wall lights , overhead lights as per drawings.
3   Supply and install prefabricated fire place with gas log lighter bar.
4,  Vaulted ceiling as per drawing.
5,  Remove  kitchen wall and make good. To include trim and wall painting .
6,  Remove patio door from dining room to new family room.
7,  Base and trim work to be stained to match existing trim work.
8,  HVAC duct work to be tied into existing system and run into new family room and existing dining room.
9,  Remove dining room fire place and make good walls and ceiling , cap gas supply .
10, All newly constructed walls ceilings will be primed and painted with 2 coats of flat paint.
11, All newly installed base and trim will be stained to match existing .
12  All debris will be removed from the site.

Material and labor  total cost                          **$57,000.00**

Wall light and ceiling fixtures will be supplied by the client .
Walls and ceiling will be painted with  one ( 1 )  color flat paint .

# HARDMAN GENERAL CONTRACTORS
### 414 40TH  Street , Downers Grove , Illions 60515
### Tel..  708 473 4043

**PROPOSAL ACCEPTANCE**

**All material is guaranteed to be as specified, and the above work to be performed in accordance with drawings and specifications submitted for the above work, and completed  for the sum of**

# $57,000.00

**With payments to be made as follows:**
**All payments to made to Hardmans General Contractors.**

| | | | | |
|---|---|---|---|---|
| 1ST | payment with acceptance of  proposal | 08/27/14 | $ 5000.00 | |
| 2ND | payment on start of excavation of basement | 10/18/14 | $10000.00 | |
| 3RD | payment on completion of  basement concrete work | 15/27/14 | $15000.00 | |
| 4TH | payment on completion of framing, insulation , drywall . | 01/26/11 | $15000.00 | |

**Balance  on completion and satisfaction**                                    **$ 12000.00**

**Any additional work or alterations from the above proposal will  only be under taken upon written agreement  and will be billed separately at  a alteration fee of $250.00 plus alteration costs.**

Work to start  when Village of Westchester Contractors Registration and Permits are obtained by Hardmans . All exterior work is subject to weather conditions.
All Permit cost are the responsibility of the home owner and will be billed separately.

### ACCEPTANCE OF PROPOSAL

The above prices , specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified . Payments will be made as outlined above.

Client signature   _Thomas Wesolek_          Date  _8-29-14_

Client signature   _Rose Wesolek_

Hardmans  Signature   _____
                          Stuart  Hardman

H000014

# HARDMAN GENERAL CONTRACTORS
414 40TH  Street . Downers Grove . Illions 60515
Tel..  708 473 4043

## PROPOSAL ACCEPTANCE

All material is guaranteed to be as specified, and the above work to be performed in accordance with drawings and specifications submitted for the above work, and completed  for the sum of

## $57,000.00

With payments to be made as follows:
All payments to made to Hardmans General Contractors.

1ST   payment with acceptance of  proposal          08/29/14  $ 5000.00
2ND   payment on start of excavation of basement      10/13/14  $10000.00
3RD   payment on completion of  basement concrete work   11/63/14  $15000.00
4th   payment on completion of framing, insulation , drywall .  01/20/15  $15000.00

Balance  on completion and satisfaction                   $ 12000.00

Any additional work or alterations from the above proposal will  only be under taken upon written agreement  and will be billed separately at  a alteration fee of $250.00 plus alteration costs.

Work to start  when Village of Westchester Contractors Registration and Permits are obtained by Hardmans . All exterior work is subject to weather conditions.
All Permit cost are the responsibility of the home owner and will be billed separately.

## ACCEPTANCE OF PROPOSAL

The above prices , specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified . Payments will be made as outlined above.

Client signature  _____   Date  08/29/14

Client signature

Hardmans  Signature  _____
                      Stuart  Hardman

# Exhibit B

# Village of Westchester

Phone: (708) 345-0195 • Fax: (708) 345-0854 • Email: [illegible]

10300 West Roosevelt Blvd, Westchester, IL 60154

## APPLICATION FOR RESIDENTIAL BUILDING PERMIT

Date: 7-25-14    Site Address: 1113 BOEGER

| FOR OFFICE USE ONLY |
| --- |
| PERMIT NO. |
| DATE ISSUED: |
| PAID |
| ZONING: |
| BUILDING: |
| PLUMBING: |
| ENGINEERING: |
| HEALTH: |
| CONTRACTOR APPROVED BY: |
| TITLE: |

Name of Resident: TOM LEBSCE    WESOLEC Phone: 708-473-4643

Address: 1113 BOEGER COURT    Email:

General Contractor: HARDIMAN CUSTOM HOMES    Phone: 708-403-4643

Contractor Address: 4116 45TH ST DOWNERS GROVE IL

Description of Work: ADDITION 24×24 SEE PLAN    Cost of Work:

| NAME | ADDRESS, CITY | PHONE |
| --- | --- | --- |
| Carpenter | HARDIMAN CUSTOM HOMES | 414 45TH ST. D.G. IL | 708-473-4643 |
| Excavator | HARDIMAN CUSTOM HOMES | 414 45TH ST D.G. IL | " |
| Roofer | HARDIMAN | 414 45TH D.G. IL | " |
| Plumber | D/A | | |
| Electrician | GEO ELECTRIC COMPANY | | 630-BIG-KENS |
| HVAC | HARDIMAN CUSTOM HOMES | 414 45TH ST D.G. IL | 708-473-4643 |
| Concrete | HARDIMAN CUSTOM HOMES | 414 45TH ST D.G. IL | " |
| Mason | HARDIMAN CUSTOM HOMES | 414 45TH ST D.G. IL | " |
| Drywall | HARDIMAN CUSTOM HOMES | 414 45TH ST D.G. IL | " |

## THE FOLLOWING MUST ACCOMPANY EACH APPLICATION FOR A BUILDING PERMIT.

1. All contractors and subcontractors must have a Village of Westchester contractor registration before submitting application.
2. A fifty dollar ($50) application fee for any job over $5000.
3. Three (3) set of prints stamped and signed by an Illinois licensed Architect.
4. A copy of a current plat of survey as needed, and 2 copies of the proposed site plan.
5. Separate signed permit application for electrical and plumbing.
6. Call JULIE (Joint Utility Locating Information for Excavators) at 1-800-892-0123 showing 48 hours to locate utilities.

No error or omission in either the plans or application, whether said plans or application have been approved by the Building Commissioner or not, shall permit or authorize the applicant from constructing the work in any other manner than that provided for in the Ordinance of this Village relating thereto. The Applicant having read this application and fully understanding the intent thereof declares that the material matters in this to the best of my knowledge and belief.

Signature of Contractor    Date: 7-30-14
Updated 1/7/12

Exhibit-B

# Exhibit C

**STATE OF ILLINOIS**
**ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION**
**DIVISION OF PROFESSIONAL REGULATION**

| | | |
|---|---|---|
| ILLINOIS DEPARTMENT OF FINANCIAL AND | ) | |
| PROFESSIONAL REGULATION | ) | |
| of the State of Illinois,          Complainant | ) | |
| | ) | |
| v. | ) No.      201506728 |
| STUART G. HARDMAN | ) | |
| HARDMAN GENERAL CONTRACTORS | ) | |
| Unlicensed,          Respondents | ) | |

**CONSENT ORDER**

The Illinois Department of Financial and Professional Regulation, Division of Professional Regulation (hereinafter "the Department") by Eileen T. McGuinness, one of its attorneys, and Stuart G. Hardman and Hardman General Contractors, Respondents, by and through their attorney, Mark B. Grzymala, agree to the following:

**STIPULATIONS**

Stuart G. Hardman and Hardman General Contractors are not licensed as Roofing Contractors in the State of Illinois. At all times material to the matters set forth in this Consent Order, the Illinois Department of Financial and Professional Regulation or its predecessor, the Department of Professional Regulation of the State of Illinois had jurisdiction over the subject matter and parties to this Consent Order.

Information has come to the attention of the Department that Respondents Stuart G. Hardman and Hardman General Contractors have engaged in conduct which constitutes providing roofing services in the State of Illinois in 2015.

Hardman General Contractors is a business operated in Illinois, with a business location of 414 40th Street in Downers Grove, Illinois. Hardman General Contractors also does business as Hardman Construction and Hardman Custom Homes. Stuart G. Hardman is at least a part owner of Hardman General Contractors. Stuart G. Hardman operates Hardman General Contractors. Stuart G. Hardman is also known as Stu Hardman. On or about July 30, 2014, Stuart G. Hardman applied for a residential building permit in the Village of Westchester, Illinois. The building permit was for the construction of an addition to the residence of Tom and Rose Wesolek, located at 1113 Boeger Court in Westchester, Illinois. "Hardman Construc." is listed as the roofer on the permit application.

Hardman General Contractors offered to the Wesoleks to construct a "single storey (sic) addition" with "a new roof with white aluminum fascia, soffit, gutters and ashfelt (sic) shingles." On or about March 19, 2015, Stuart G. Hardman and his son installed the roof of the addition to the Wesolek residence in Westchester, Illinois. Stuart G. Hardman is not licensed as a Roofing Contractor in the State of Illinois. Stuart G. Hardman's son is not licensed as a Roofing Contractor in the State of Illinois. Hardman General

Contractors, including Hardman Construction and Hardman Custom Homes are not licensed as Roofing Contractors in the State of Illinois.

Stuart G. Hardman engaged in the unlicensed practice of roofing in Illinois. Hardman General Contractors engaged in the unlicensed practice of roofing in Illinois.

If these allegations were proven at a hearing to be true, then these allegations would constitute grounds for the issuance of a Cease and Desist Order, on the authority of 225 ILCS 425/9(a)1, 3, 8, 10 (2012) and (2014, as amended).

The Department has offered this Consent Order to the Respondents. The Respondents are represented by Mark B. Grzymala. Rod Petrick as member of the Roofing Advisory Board was consulted. Eileen T. McGuinness, an attorney for the Department represented the Division.

The Respondents admit the allegations. The Respondent Stuart G. Hardman represents that he did not intend the March roofing work to be permanent and intended to hire a Licensed Roofing Contractor to remove the roofing materials and to install an asphalt shingled roof with adequate ventilation, ice and water shield, adequate treatment of the valleys and abutments to the existing structures, drip edge, flashing and waterproofing of roof penetrations.

The Respondents have been advised of the right to have the pending allegations reduced to a Rule to Show Cause and the right to provide an Answer to the Rule to Show Cause, and the right to administrative review of any Order resulting from a hearing. Respondents knowingly waive each of these rights, as well as any right to administrative review of this Consent Order. Such waiver ceases if this Consent Order is rejected by either the Board or Director. The Respondents have freely and willfully entered into this Consent Order without any threat or coercion by any person. The Respondents have not relied upon any representation made by or on behalf of the Department other than those specifically included herein. The Respondents acknowledge that the Division attorney may be requested to communicate with the Board or Director in furtherance of the approval of this Consent Order.

The Respondents and the Department have agreed, in order to resolve this matter, that the Respondents be permitted to enter into a Consent Order with the Department, providing for an agreement to cease and desist unlicensed practice, which is fair and equitable in these circumstances and which is consistent with the best interests of the people of the State of Illinois.

## CONDITIONS

WHEREFORE, the Illinois Department of Financial and Professional Regulation, Division of Professional Regulation through Eileen T. McGuinness, its attorney, and Stuart G. Hardman and Hardman General Contractors, Respondents, by and through their attorney, Mark B. Grzymala, agree:

A.   Respondents shall cease and desist from offering and providing roofing services in the State of Illinois.

B.   The above named Respondents consent to electronic service of this Consent Order in lieu of service

by certified mail. Service shall be made upon Respondent Stuart G. Hardman's email address and Respondents' counsel's email address. The Respondents are willing to accept service of this Consent Order once fully executed by the Department sending an electronic image of the document as an attachment to an email to the Respondents at the email address the Respondents provided.

C.   This Consent Order shall become effective immediately upon signing and approval by the Director of the Division of Professional Regulation of the Illinois Department of Financial and Professional Regulation.

**DIVISION OF PROFESSIONAL REGULATION**
of the State of Illinois

_4/25/2016_
DATE

By: _____
Eileen T. McGuinness
Attorney for the Department

_04/18/2016_
DATE

_____
Stuart G. Hardman, individually, and on behalf
of Hardman General Contractors, as an owner
Respondents

_4-18-2016_
DATE

_____
Mark B. Grzymala
Attorney for Respondents

_4-22-16_
DATE

_____
Rod Petrick
Member, Roofing Advisory Board

THIS CONSENT ORDER IS APPROVED IN FULL:

DATED THIS _____ DAY OF _____, 20__

ILLINOIS DEPARTMENT OF FINANCIAL AND
PROFESSIONAL REGULATION
OF THE STATE OF ILLINOIS
BRYAN A. SCHNEIDER, SECRETARY
DIVISION OF PROFESSIONAL REGULATION

_____
JAY STEWART
DIRECTOR

Case #: 201506728
Unlicensed, no 104 license

# Exhibit D

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## LAW DIVISION

**TOM WESOLEK AND ROSE WESOLEK**　　　　)
　　　　　　　　　　　　**Plaintiff,**　　　　)
　　　　　　　　　　　　　　　　　　　　　)　　　　**No.  2015 L 008329**
　　　　　-vs-　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
**STUART HARDMAN D/B/A HARDMAN**　　　)
**GENERAL CONTRACTORS**　　　　　　　　)
**Defendant.**　　　　　　　　　　　　　　)

### ORDER

This cause coming to be heard on a Prove Up in regards to a Default Order entered against Stuart Hardman d/b/a/ Hardman General Contractors, all parties having been given due notice, the court being fully advised of the premises and having considered Plaintiff's Complaint and affidavits as to damages, and the court having jurisdiction over the parties and subject matter,

IT IS HEREBY ORDERED

That Judgment is hereby entered in favor of Tom and Rose Wesolek and against Stuart Hardman, individually and d/b/a Hardman General Contractors in the total amount of $92,624.38.

Additionally, the Court specifically finds (1) that Stuart Hardman engaged in Consumer Fraud and Violated the Illinois Consumer Fraud Act by making false representations to Tom and Rose Wesolek regarding his status as a licensed roofer by identifying himself as the roofer on the building permit he completed for the Wesoleks, (2) that at the time he made these false representations, Stuart Hardman knew they were false, (3) that Stuart Hardman made these false representations with the intention and purpose of deceiving the Wesoleks; (4) that the Wesoleks justifiably relied on Hardman's representations regarding his status as a roofer; and (5) that the Wesoleks sustained loss and damage as the proximate result of Hardman's false representations.

This is a final judgment order and there is no reason to delay enforcement or appeal.

ENTER: _____

Judge Margaret Ann Brennan

Judge of the Circuit Court

JUL 07 2016

Circuit Court - 1846

Adam Whiteman
Whiteman Borden LLC
118 N. Clinton Street, Ste. LL 380
Chicago, IL 60661
P: 312-655-1000
Adam@WhitemanBorden.com
ARDC No. 6208515

# Exhibit E

## AVOIDING HOME REPAIR FRAUD

Please use extreme caution when confronted with the following warning signs of a potential scam:

1. Door-to-door salespersons with no local connections who offer to do home repair work for substantially less than the market price.

2. Solicitations for repair work from a company that lists only a telephone number or a post office box number to contact, particularly if it is an out-of-state company.

3. Contractors who fail to provide customers references when requested.

4. Persons who offer to inspect your home for free. Do not admit anyone into your home unless he or she can present authentic identification establishing his or her business status. When in doubt, do not hesitate to call the worker's employer to verify his or her identity.

5. Contractors who demand cash payment for a job or ask you to make a check payable to a person other than the owner or company name.

6. Offers from a contractor to drive you to the bank to withdraw funds to pay for the work.

# LISA MADIGAN
### ILLINOIS ATTORNEY GENERAL

If you think you have been defrauded by a contractor or have any questions, please bring your concerns to the attention of your State's Attorney or the Illinois Attorney General's Office.

### Attorney General's Consumer Fraud Hotlines

Springfield
1-800-243-0618
TTY: 1-877-844-5461

Chicago
1-800-386-5438
TTY: 1-800-964-3013

Carbondale
1-800-243-0607
TTY: 1-877-675-9339

**www.IllinoisAttorneyGeneral.gov**

Printed by authority of the State of Illinois. 02/12
This material is available in alternate format upon request.



**HOME REPAIR**
KNOW YOUR
CONSUMER RIGHTS

**LISA MADIGAN**
ILLINOIS ATTORNEY GENERAL

## Consumer Rights Acknowledgement Form

*Homeowner Keep This Part & Pamphlet*

I, the homeowner, have received from the contractor a copy of the pamphlet titled "Home Repair: Know Your Consumer Rights."

_____
Signature (Homeowner)          Date

_____
Signature (Contractor or Representative)  Date

_____
Name of Contractor's Business

_____
Address of Contractor's Business

- - - - - - - - - - - - - - - - - - - - ✂ - - - - - - - -

## Consumer Rights Acknowledgement Form

*Contractor Keep This Part Only*

I, the homeowner, have received from the contractor a copy of the pamphlet titled "Home Repair: Know Your Consumer Rights."

_____
Signature (Homeowner)          Date

_____
Signature (Contractor or Representative)  Date

_____
Name of Contractor's Business

_____
Address of Contractor's Business

## CONTRACT TIPS

1. Get all estimates in writing.

2. Do not be induced into signing a contract by high-pressure sales tactics.

3. Never sign a contract with blank spaces or one you do not fully understand. If you are taking out a loan to finance the work, do not sign the contract before your lender approves the loan.

4. You have three business days from the time you sign your contract to cancel any contract if the sale is made at your home. The contractor cannot deprive you of this right by initiating work, selling your contract to a lender, or any other tactic.

If you are planning to file a claim with your insurance company to pay for the work, you may cancel the contract one of two ways, whichever occurs first: (1) within five business days after receiving written notice from the insurance company denying your claim; or (2) within 30 days after you sent a claim to the insurance company.

5. If the contractor does business under a name other than the contractor's real name, the business must either be incorporated or registered under the Assumed Business Name Act. Check with the Secretary of State to see if the business is incorporated or with the county clerk to see if the business has registered under the Assumed Business Name Act.

6. Homeowners should check with local and county units of government to determine if permits or inspections are required.

7. Determine whether the contractor will guarantee his or her work and products.

8. Determine whether the contractor has the proper insurance.

9. Do not sign a certificate of completion or make final payment until the work is done to your satisfaction.

10. Remember, homeowners should know who provides supplies and labor for any work performed on your home. Suppliers and subcontractors have a right to file a lien against your property if the general contractor fails to pay them. To protect your property, request lien waivers from the general contractor.

## BASIC TERMS TO BE INCLUDED IN A CONTRACT

- Contractor's full name, address, and telephone number. Illinois law requires that persons selling home repair and improvement services provide their customers with notice of any change to their business name or address that comes about prior to the agreed dates for beginning or completing the work.
- A description of the work to be performed.
- Starting and estimated completion dates.
- Total cost of work to be performed.
- Schedule and method of payment, including down payment, subsequent payments, and final payment.
- A provision stating the grounds for termination of the contract by either party. However, the homeowner must pay the contractor for work completed. If the contractor fails to commence or complete work within the contracted time period, the homeowner may cancel and may be entitled to a refund of any down payment or other payments made towards the work upon written demand by certified mail.
- Illinois law also requires contractors who offer roofing work to include their Illinois state roofing license name and number on contracts and bids.

Keep a copy of the signed contract in a safe place for reference as needed.

# Exhibit F

**STATE OF ILLINOIS)**

**COUNTY OF COOK)**

## CERTIFICATION

I, **Jessica Spencer**, do hereby certify that I am the duly appointed Freedom of Information Officer of the Village of Westchester, a municipal corporation in the County and State aforementioned, and

**DO HEREBY CERTIFY** that the attached is a true, full, complete and correct copy of the records responsive to your Freedom of Information Act request that was received by the Village of Westchester on June 13th, 2016.

**GIVEN** under my hand and the corporate seal of said Village this 16th day of June, 2016.



Jessica Spencer
Freedom of Information Officer

LAW OFFICES

# STORINO, RAMELLO & DURKIN

9501 WEST DEVON AVENUE

ROSEMONT, ILLINOIS 60018

DONALD J. STORINO
MICHAEL K. DURKIN
RICHARD J. RAMELLO
NICHOLAS S. PEPPERS
THOMAS M. BASTIAN
ANGELO F. DEL MARTO
JAMES E. MACHOLL
BRIAN W. BAUGH
ANTHONY J. CASALE
ANDREW Y. ACKER
PETER A. PACIONE
MELISSA M. WOLF
MATTHEW G. HOLMES
MICHAEL R. DURKIN

(847) 318 - 9500

FACSIMILE (847) 318 - 9509

October 7, 2015

THOMAS J. HALLERAN
ERIN C. TINAGLIA
ADAM R. DURKIN

JOSEPH G. KUSPER
MARK R. STEPHENS
BRYAN J. BERRY
ANN M. WILLIAMS
LEONARD P. DIORIO
RICHARD F. PELLEGRINO
DONALD J. STORINO II

OF COUNSEL

IN REPLY REFER TO FILE NO.

**WEST-1**

Old Republic Surety Company
ATTN: Claims Department
claims@orsurety.com

Re: **Stuart Hardman D/B/A Hardman General Contractors**
**414 40th Street**
**Downers Grove, Illinois 60515**
**Bond No. W150185280**

Dear Old Republic Surety Company:

Our office represents the Village of Westchester, an Illinois municipal corporation. Pursuant to Section 5.04.100(a) of the Village of Westchester Municipal Code, when registering as a contractor in the Village of Westchester, contractors are required to provide the Village of Westchester with a Twenty-Five Thousand ($25,000.00) Dollar license and permit bond. In accordance with Section 5.04.100(a) of the Village of Westchester Municipal Code, Stuart Hardman D/B/A Hardman General Contractors provided the Village of Westchester with a license bond in the amount of Twenty-Five Thousand ($25,000.00) Dollars, which identifies Old Republic Surety Company as the surety of said bond (Bond No. W150185280). Enclosed please find a copy of Bond No. W150185280.

Please be advised that on or around August 2014, Stuart Hardman D/B/A Hardman General Contractors entered into a contract with residents of the Village of Westchester to perform work related to a single story addition to the property located at 11113 Boeger Court, Westchester, Illinois 60154. This contract required Stuart Hardman D/B/A Hardman General Contractors to perform work to both the exterior and interior of the property. Please be advised that Stuart Hardman D/B/A Hardman General Contractors performed the work at 11113 Boeger Court, Westchester, Illinois 60154, in violation of the Village of Westchester Municipal Code. Enclosed please find an inspection report dated July 22, 2015, highlighting the non-compliant work performed by Stuart Hardman D/B/A Hardman General Contractors at 11113 Boeger Court, Westchester, Illinois 60154, a memorandum from the Village of Westchester's Director of

550562.1

# STORINO, RAMELLO & DURKIN

Old Republic Surety Company
October 7, 2015
Page 2

Community Development dated August 3, 2015, detailing the violations noted in the July 22, 2015, inspection report, and a determination by licensed architect, Christi M. Malone, RA, dated September 18, 2015, indicating the cost to bring the work performed by Stuart Hardman D/B/A Hardman General Contractors at 11113 Boeger Court, Westchester, Illinois 60154 into compliance with the Village of Westchester Municipal Code.

Pursuant to Section 5.04.100(b) of the Village of Westchester Municipal Code, if any contractor registered with the Village of Westchester undertakes work or completes work in violation of the Village of Westchester Municipal Code, the Village of Westchester may make a claim against the contractor's bond. Accordingly, please allow this letter to notify Old Republic Surety Company of the Village of Westchester's claim against Stuart Hardman D/B/A Hardman General Contractors' license bond. Any funds received by the Village of Westchester will be distributed in accordance with Section 5.100(b)(3) of the Village of Westchester Municipal Code.

Thank you in advance for your attention to this matter. Please direct all correspondence concerning this claim to the undersigned. Should you have any questions, please do not hesitate to contact our office.

Very truly yours,

STORINO, RAMELLO & DURKIN
Attorneys for the Village of Westchester

Erin C. Tinaglia

Enclosures: (4)

1. License Bond – Bond No. W150185280
2. July 22, 2015, Inspection Report
3. August 3, 2015, Memorandum
4. September 18, 2015, Determination from Christi M. Malone, RA

550562.1



Old Republic Surety Company

BOND NO.  W150185280

# LICENSE BOND

KNOW ALL MEN BY THESE PRESENTS, That we    Stuart Hardman D/B/A Hardman General Contractors
414 40th St· Downers Grove, IL  60515

as Principal, and    Old Republic Surety Company    organized under the laws of the state of
Wisconsin    as Surety, are held and firmly bound unto
Village of Westchester of Westchester, IL

as Obligee in the sum of    Twenty Five Thousand Dollars ($25,000.00)
lawful money of the United States, for which payment, well and truly to be made, we bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly, by these presents.

WHEREAS, the said Principal has applied to said Obligee for a license to or permit as a
General Contractor

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION IS SUCH, That if the said Principal shall indemnify said Obligee against all loss which the Obligee may be subject by reason of said Principal's non-compliance caused by said Principal's breach of any ordinance, rule or regulation relating thereto , then the above obligation shall be void, otherwise to be and remain in full force and effect.

This obligation may be canceled by said Surety by giving thirty (30) days notice in writing of its intention to do  so to said Obligee; and provided further, that nothing herein shall affect any rights or liabilities which have accrued under this bond prior to the date of termination;  and  the  said  Surety shall be relieved of any further liability under this bond thirty (30) days after  receipt of said notice by the said Obligee.

The term of this bond is for a period commencing    February 26, 2014
and terminating    February 26, 2015    provided, however, this bond may
be continued from year to year by continuation certificate executed by said Surety.

Signed, sealed and dated the    28th    day of    February    2014

Stuart Hardman D/B/A Hardman General Contractors
Principal

By

Old Republic Surety Company

By    Phyllis M Johnson    Asst Secretary
Attorney-In-fact

ofrs 5347 (11-92)

# OLD REPUBLIC SURETY COMPANY

**POWER OF ATTORNEY**

KNOW ALL MEN BY THESE PRESENTS: That OLD REPUBLIC SURETY COMPANY, a Wisconsin stock insurance corporation, does make, constitute and appoint:

**Phyllis M. Johnson of Brookfield, WI**

its true and lawful Attorney(s)-in-Fact, with full power and authority, not exceeding $10,000,000, for and on behalf of the company as surety, to execute and deliver and affix the seal of the company thereto (if a seal is required), bonds, undertakings, recognizances or other written obligations in the nature thereof, (other than bail bonds, bank depository bonds, mortgage deficiency bonds, mortgage guaranty bonds, guarantees of installment paper and note guaranty bonds, self-insurance workers' compensation bonds guaranteeing payment of benefits, asbestos abatement contract bonds, waste management bonds, hazardous waste remediation bonds or black lung bonds), as follows: Effective Date: 2/28/2014 12:00:00 AM

Bond Number: W150185280            Bond Amount:            Twenty Five Thousand Dollars      $25,000.00

Principal Name: Stuart Hardman D/B/A Hardman General Contractors

Obligee Name: Village of Westchester of Westchester, IL

and to bind OLD REPUBLIC SURETY COMPANY thereby, and all of the acts of said Attorneys-in-Fact, pursuant to these presents, are ratified and confirmed. This appointment is made under and by authority of the board of directors at a special meeting held on February 18, 1982.

This Power of Attorney is signed and sealed by facsimile under and by the authority of the following resolutions adopted by the board of directors of the OLD REPUBLIC SURETY COMPANY on February 18, 1982.

RESOLVED that the president, any vice president or assistant vice president, in conjunction with the secretary or any assistant secretary, may appoint attorneys-in-fact or agents with authority as defined or limited in the instrument evidencing the appointment in each case, for and on behalf of the company to execute and deliver and affix the seal of the company to bonds, undertakings, recognizances, and suretyship obligations of all kinds; and said officers may remove any such attorney-in-fact or agent and revoke any Power of Attorney previously granted to such person.

RESOLVED FURTHER that any bond, undertaking, recognizance, or suretyship obligation shall be valid and binding upon the Company

  (i)   when signed by the president, any vice president or assistant vice president, and attested and sealed (if a seal be required) by any secretary or assistant secretary; or

  (ii)   when signed by the president, any vice president or assistant vice president, and countersigned and sealed (if a seal be required) by a duly authorized attorney-in-fact or agent; or

  (iii)   when duly executed and sealed (if a seal be required) by one or more attorneys-in-fact or agents pursuant to and within the limits of the authority evidenced by the Power of Attorney issued by the company to such person or persons.

RESOLVED FURTHER that the signature of any authorized officer and the seal of the company may be affixed by facsimile to any Power of Attorney or certification thereof authorizing the execution and delivery of any bond, undertaking, recognizance, or other suretyship obligations of the company; and such signature and seal when so used shall have the same force and effect as though manually affixed.

IN WITNESS WHEREOF, OLD REPUBLIC SURETY COMPANY has caused these presents to be signed by its proper officer, and its corporate seal to be affixed this _____28th_____ day of _____February_____ _____2014_____

OLD REPUBLIC SURETY COMPANY

_Phyllis M. Johnson_
Assistant Secretary

_Alan Pavlic_
President

STATE OF WISCONSIN, COUNTY OF WAUKESHA - SS

On this _____28th_____ day of _____February_____, _____2014_____, personally came before me, _____Alan Pavlic_____ and _____Phyllis M. Johnson_____ to me known to be the individuals and officers of the OLD REPUBLIC SURETY COMPANY who executed the above instrument, and they each acknowledged the execution of the same, and being by me duly sworn, did severally depose and say; that they are the said officers of the corporation aforesaid, and that the seal affixed to the above instrument is the seal of the corporation, and that said corporate seal and their signatures as such officers were duly affixed and subscribed to the said instrument by the authority of the board of directors of said corporation.

_Kathryn R. Pearson_
Notary Public

My Commission Expires:            09/28/2014
(Expiration of notary's commission does not invalidate this instrument)

**CERTIFICATE**

I, the undersigned, assistant secretary of the OLD REPUBLIC SURETY COMPANY, a Wisconsin corporation, CERTIFY that this foregoing and attached Power of Attorney remains in full force and has not been revoked; and furthermore, that the Resolutions of the board of directors set forth in the Power of Attorney, are now in force.

Signed and sealed at the City of Brookfield, WI this _____28th_____ day of _____February_____ _____2014_____

_Phyllis M. Johnson_
Assistant Secretary

0831271

ORSC 22292 (3-08)

CAMILLE VAN HAM DBA CAMILLE VAN HAM AGENCY

# CONSTRUCTION CODE SERVICES, INC.
## BUILDING & FIRE PROTECTION PLAN REVIEW
TRAINING • INSPECTIONS • CODE CONSULTING

DNC
**137221**

2420 Vantage Drive
Elgin, IL 60124
(847) 428-7010

**INSPECTION REPORT**

_Westchester_
(Municipality)

500 Square Foot Addition

| | | | |
|---|---|---|---|
| **Contractor/Owner:** | | **Date:** | 7/22/15 |
| **Address:** | 11113 Boeger Ct. | **Permit No.:** RP15 000090 |
| **Location:** | Westchester, IL 60154 | **Project Code No.:** |
| **Time:** | | Start 11:45 – 13:00 Fin. |
| | ✓(Building) | W (Mechanical) | W (Electrical) | (Plumbing) | (Other) |

- ☐ Footing
- ☐ Foundation
- ☐ Foundation Backfill
- ☐ Other: _____
- ☐ Insulation
- ☐ Electric Service
- ☐ Zoning
- ☐ Concrete Pour
- ☐ Fire Alarm
- ☐ Fire Suppression
- ☐ Building
- ☐ Mechanical
- ☐ Electrical
- ☐ Plumbing

- ☐ Underground
- ☐ Rough
- ☐ Final
- ☐ Re-Inspection

- ☒ 1 & 2 Family
- ☐ Commercial/Industrial
- ☐ Multi-Family
- ☐ Mobile Home

**Inspection Comments:** ☒ Foundation improperly installed = not providing possitive drainage as result of over lapping of membrane (Not per Approved/Stamped plans)
☒ House Wrap/Vapor barrier not per manufacturer installation specifications
☒ Roof framing not built per approved/stamped plans
☒ Shingles not installed per manufacturers specification
☒ possible over cut on seat cut/Birds mouth on rafter
☒ Need to verify engineering on LVL support beams
☒ 3/4" T&G subfloor installed incorrectly
☒ Fireplace - B-vent furnace required installed incorrectly (Not correct size or to code)
☒ Have construction work not inspected, pass inspections and now covered in drywall
☒ NOT Built per Approved/Stamped Drawings
✓ Pictures taken as well                    NOT

☐ Re-Inspection Required   ☒ Approved As Noted   ☒ Approved

Received By: _Thomas Wesolic_
(Signature)
Printed Name: _THOMAS WESOIEK_

Inspector: _Kenneth Riley_
(Signature)
Printed Name: _Kankakjcrh_

NOTIFIED:  ☒ Owner   ☐ Contractor   ☐ Applicant   ☐ Agent
BY:  ☐ Mail   ☐ Fax   ☐ Inspection Report Posted

Page _1_ of _1_

Form - BFCCS - 500 March 2014



# Village of Westchester

**10300 ROOSEVELT ROAD, WESTCHESTER, IL 60154**
**(708)345-0020 FAX (708)345-2873**
**WWW.WESTCHESTER-IL.ORG**

**Village President**
SAM D. PULIA

**Village Clerk**
SHERBY J. MILLER

**Trustees**
ANGELO A. CALCAGNO
CARL C. CELESTINO
FRANK PERRY
CELESTINE REDA
NICK STEKER
TOM YURKOVICH

**Village Manager**
JANET M. MATTHYS

**Village Attorney**
MICHAEL K. DURKIN

## MEMORANDUM

**To:**   Erin Tinaglia, Storino, Ramello & Durkin

**From:**   Melissa Headley, AICP, Director of Community Development

**Date:**   8/3/15

**Re:**   Inspection Report – 11113 Boeger Ct

---

Per your request please find each item outlined in the July 22, 2015 inspection report and the corresponding code section from the 2012 International Residential Code.

1. *Foundation improperly installed = not providing positive drainage as a result of overlapping of materials. <Not per approved stamped drawings.>*
   a. **R106.4 Amended construction documents:** Work shall be installed in accordance with the approved construction documents, and any changes made during construction that are not in compliance with the approved construction documents shall be resubmitted for approval as an amended set of construction documents.
   b. **R109.4 Approval required.** Work shall not be done beyond the point indicated in each successive inspection without first obtaining the approval of the building official. The building official upon notification, shall make the requested inspections and shall either indicate the portion of the construction that is satisfactory as completed, or shall notify the permit holder or an agent of the permit holder wherein the same fails to comply with this code. Any portions that do not comply shall be corrected and such portion shall not be covered or concealed until authorized by the building official.
   c. **R113.2 Notice of violation.** The building official is authorized to serve a notice of violation or order on the person responsible for the erection, construction, alteration, extension, repair, moving, removal, demolition or occupancy of a building or structure in violation of the provisions of this code, or in violation of a detail statement or a plan approved thereunder, or in violation of a permit or certificate issued under the provisions of this code. Such order shall direct the discontinuance of the illegal action or condition and the abatement of the violation.
   d. **R404.1.2 Concrete foundation walls.** Concrete foundation walls that support light-frame walls shall be designed and constructed in accordance with the provisions of this section, ACI 318, ACI 332 or PCA 100. Concrete foundation walls that support above-grade concrete walls that are within the applicability limits of Section R611.2 shall be designed and constructed in accordance with the provisions of this section, ACI 318, ACI 332 or PCA 100. Concrete foundation walls that support above-grade concrete walls that are not within the applicability limits of Section R611.2 shall be designed and constructed in accordance with the provisions of ACI 318, ACI 332 or PCA 100. When

ACI 318, ACI 332, PCA 100 or the provisions of this section are used to design concrete foundation walls, project drawings, typical details and specifications are not required to bear the seal of the architect or engineer responsible for design, unless otherwise required by the state law of the jurisdiction having authority.

2. *House wrap/vapor barrier not per manufacturers installation specifications*
   a. **R106.1.2 Manufacturer's installation instructions.** Manufacturer's installation instructions, as required by this code, shall be available on the job site at the time of inspection.

3. *Roof framing not built per approved/stamped plans*
   a. **R106.4 Amended construction documents:** Work shall be installed in accordance with the approved construction documents, and any changes made during construction that are not in compliance with the approved construction documents shall be resubmitted for approval as an amended set of construction documents.

4. *Shingles not installed per manufacturers specifications*
   a. **R106.1.2 Manufacturer's installation instructions.** Manufacturer's installation instructions, as required by this code, shall be available on the job site at the time of inspection.
   b. **R904.1 Scope.** The requirements set forth in this section shall apply to the application of roof covering materials specified herein. Roof assemblies shall be applied in accordance with this chapter and the manufacturer's installation instructions. Installation of roof assemblies shall comply with the applicable provisions of Section R905.
   c. **R905.2 Asphalt shingles.** The installation of asphalt shingles shall comply with the provisions of this section.

5. *Possible overcut on seatcut/birdsmouth on rafter*
   a. **R502.8 Cutting, drilling and notching.** Structural floor members shall not be cut, bored or notched in excess of the limitations specified in this section. See Figure R502.8.
   b. **R802.7.1 Sawn lumber.** Cuts, notches, and holes in solid lumber joists, rafters, blocking and beams shall comply with the provisions of R502.8.1 except that cantilevered portions of rafters shall be permitted in accordance with Section R802.7.1.1.

6. *Need to verify engineering on LVC support beams.* Applicant needs to provide additional information to verify the beams meet the following requirements:
   a. **R301.1 Application.** Buildings and structures, and all parts thereof, shall be constructed to safely support all loads, including dead loads, live loads, roof loads, flood loads, snow loads, wind loads and seismic loads as prescribed by this code. The construction of buildings and structures in accordance with the provisions of this code shall result in a system that provides a complete load path that meets all requirements for the transfer of all loads from their point of origin through the load-resisting elements to the foundation. Buildings and structures constructed as prescribed by this code are deemed to comply with the requirements of this section.
   b. **R301.2.3 Snow loads.** Wood-framed construction, cold-formed, steel-framed construction and masonry and concrete construction, and structural insulated panel construction in regions with ground snow loads 70 pounds per square foot (3.35 kPa) or less, shall be in accordance with Chapters 5, 6 and 8. Buildings in regions with ground snow loads greater than 70 pounds per square foot (3.35 kPa) shall be designed in accordance with accepted engineering practice.
   c. **R301.5 Live load.** The minimum uniformly distributed live load shall be as provided in Table R301.5.
   d. **R301.6 Roof load.** The roof shall be designed for the live load indicated in Table R301.6 or the snow load indicated in Table R301.2(1), whichever is greater.
   e. **R802.1.4 Structural glued laminated timbers.** Glued laminated timbers shall be manufactured and identified as required in ANSI/AITC A190.1 and ASTM D 3737.

7. *¾" T&G subfloor installed incorrectly*

    a. **R106.1.2 Manufacturer's installation instructions.** Manufacturer's installation instructions, as required by this code, shall be available on the job site at the time of inspection.

    b. **R503.1 Lumber sheathing.** Maximum allowable spans for lumber used as floor sheathing shall conform to Tables R503.1, R503.2.1.1(1) and R503.2.1.1(2).

8. *Fireplace – BX furnace chase framed/installed incorrectly <not correct size or to code>*

    a. **R1003.13 Multiple flues.** When two or more flues are located in the same chimney, masonry wythes shall be built between adjacent flue linings. The masonry wythes shall be at least 4 inches (102 mm) thick and bonded into the walls of the chimney.

    b. **R1003.15 Flue area (masonry fireplace).** Flue sizing for chimneys serving fireplaces shall be in accordance with Section R1003.15.1 or Section R1003.15.2.

    c. **R1004.1 General.** Factory-built fireplaces shall be listed and labeled and shall be installed in accordance with the conditions of the listing. Factory-built fireplaces shall be tested in accordance with UL 127.

    d. **M1805.3 Size of chimney flues.** The effective area of a natural draft chimney flue for one appliance shall be not less than the area of the connector to the appliance. The area of chimney flues connected to more than one appliance shall be not less than the area of the largest connector plus 50 percent of the areas of additional chimney connectors.

9. *Have construction work not inspected, pass inspections and now covered in drywall*

    a. **R109.1.4 Frame and masonry inspection.** Inspection of framing and masonry construction shall be made after the roof, masonry, all framing, firestopping, draftstopping and bracing are in place and after the plumbing, mechanical and electrical rough inspections are approved.

    b. **R109.4 Approval required.** Work shall not be done beyond the point indicated in each successive inspection without first obtaining the approval of the building official. The building official upon notification, shall make the requested inspections and shall either indicate the portion of the construction that is satisfactory as completed, or shall notify the permit holder or an agent of the permit holder wherein the same fails to comply with this code. Any portions that do not comply shall be corrected and such portion shall not be covered or concealed until authorized by the building official.

10. *Not built per approved/stamped drawings*

    a. **R106.4 Amended construction documents:** Work shall be installed in accordance with the approved construction documents, and any changes made during construction that are not in compliance with the approved construction documents shall be resubmitted for approval as an amended set of construction documents.

Wesolek Addition
11113 Boeger Ct.
Westchester, IL

9.18.15

Addendum to Letter:

Due to the extensive amount of repairs needed, the improperly built addition should
be demolished and rebuilt as specified in the architectural construction drawings
with changes, as needed, to the roof framing. The total estimated cost to demolish
and rebuild the entire addition is approximately $72,000. There is also an option to
repair and finish the foundation to the best resolution, including re-grading the
exterior to prevent water intrusion due to the LOW height of the finished foundation
wall. The total estimated cost to demolish all construction above the foundation and
rebuild, as well as repair and rebuild the foundation, is approximately $57,000.

Sincerely,

Christi M. Malone, RA

505.205.9232

# Exhibit G

WWW.*CYBER*DRIVEILLINOIS.COM



JESSE WHITE
SECRETARY OF STATE

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | HARDMAN HOME BUILDERS CO. | File Number | 70538113 |
| Status | ACTIVE | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 02/04/2016 | State | ILLINOIS |
| Agent Name | THOMAS HARDMAN | Agent Change Date | 02/04/2016 |
| Agent Street Address | 414 40TH ST | President Name & Address | |
| Agent City | DOWNERS GROVE | Secretary Name & Address | |
| Agent Zip | 60515 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | |

Return to the Search Screen

( Purchase Certificate of Good Standing )

**(One Certificate per Transaction)**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

# Exhibit H

740 Hillgrove                    **VILLAGE OF WESTERN SPRINGS**                    (708) 246-1800, X177
Western Springs, IL  60558          **Application for Building Permit**              Fax (708) 246-4871
                                          www.wsprings.com

Identify and Describe Work: _____ *ADDITION* _____

Applicant _____ *HARDMAN   HomeBuilders Co.* _____

Mailing Address _____ *414   Hote STREET , Downers Grove   IL 60515* _____

E-mail Address _____ *STu. HARDMAN HomeBuilders @ Gmail.com* _____

Applicant's Phone _____ *708  473  4043* _____

Applicant's Cell Phone _____ *708  473  4043* _____ _____

Property Owner _____

Address of Property _____ *4372   HAMPTON AVE. , WESTERN SPRINGS.* _____

Owner's Phone _____

Owner's Cell Phone _____

Estimated Cost of Work _____ *280,000* _____

### Contractor Information

Name _____ *HARDMAN  Home Builders Co.* _____

Address _____ *414 Hote St.  DOWNERS GROVE , IL 60515* _____

Business Phone _____ *708  473  4043* _____

Cell Phone _____ *708  473  4043* ____ Fax # _____ *630  541  3247* _____

Contact Person _____ *STu  HARDMAN* ____ E-mail Address _____ *STu. HARDMAN HomeBuilders @ GMA*
                                                                              *·Co*

UNDER PENALTY OF INTENTIONAL MISREPPRESENTATION AND/OR PERJURY, I declare that I have
examined and/or made this application and it is true and correct to the best of my knowledge and belief. I agree to
construct said improvement in compliance with all provisions of the applicable ordinances. I realize that the
information I have affirmed hereon forms a basis for the issuance of the permit herein applied for and approval of
plans in connection therewith shall not be construed to permit any construction upon said premises or use thereof in
violation of any provisions of any applicable ordinance or to excuse the owner or his successors in title from
complying therewith.

_____      *02/12/16*
Signature of Applicant                     Date

_____      *02*
Signature of Owner                          Date

| Office Use Only |
|---|
| Permit #: _____ |
| Date Issued: _____ |

4372 HAMPTON AVE

Project Address

*Village licenses and bonds are required for all trades except for plumbers and electricians*

| Contractors | Name | Address/City/Zip | Office Phone | Cell Phone |
|---|---|---|---|---|
| General Contractor 14390 (1) Bond signed | HARDMAN HOME BUILDERS CO | 414 40th ST DOWNERS GROVE 60515 | 708 473 4043 | 708 473 4043 |
| Carpenter 14460 | WINGE CARPENTRY INC. | ELGIN | 630 621 6283 | 630 621 6283 |
| Concrete 2801 | BUDS CONCRETE INC | 10537 ROYAL PORTH. CAWL NAPERVILLE IL 60564 | 630 904 0078 | 630 904 0078 |
| Demo 14390 (1) | HARDMAN HOME BUILDERS CO | 414 40th ST DOWNERSGROVE 60515 | 708 473 4043 | 708 473 4043 |
| Electrical* 12635 | BRISKO ELECTRIC CO. | | 708 699 1614 | 708 699 1614 |
| Excavating 2801 | BUDSCONCRETE INC | 10537 ROYAL PORTHCAWL NAPERVILLE IL 60564 | 630 904 0078 | 630 904 0078 |
| Shoring 2801 | BUDS CONCRETE CO | 10537 ROYAL PORTHCAWL NAPERVILLE | 630 904 0078 | 630 904 0078 |
| HVAC 14390 duct work only (2) | HARDMAN HOME BUILDERS CO. | 414 40th ST DOWNERSGROVE | 708 473 4043 | 708 473 4043 |
| Insulator 14390 (3) | HARDMAN HOME BUILDERS CO. | 414 40th ST DOWNERS GROVE | 708 473 4043 | 708 473 4043 |
| Masonry 14390 stone veneer (4) | HARDMAN HOME BUILDERS CO | 414 40th ST DOWNERS GROVE | 708 473 4043 | 708473 4043 |
| Paving 2801 | BUD CONCRETE CO. | 10537 ROYAL PORTHCAWL NAPERVILLE | 630 904 0078 | 630 904 0078 |
| Plaster/Drywall 14390 (3) | HARDMAN HOME BUILDERS CO. | 414 40th ST DOWNERS GROVE | 708 473 4043 | 708 473 4043 |
| Plumbing* 9066 | KEVELOH PLUMBING CO. | 6813 HOBSON VALLEY WOODRIDGE. | 630 963 0433 | 630 963 0433 |
| Roofing* 14443 | FIRST AMERICAN CONSTRUCTION | | 708 267 0266 | 708 267 0266 |
| Siding 14390 (4) | HARDMAN HOME BUILDERS CO. | 414 40th ST DOWNERS GROVE | 708 473 4043 | 708 473 4043 |
| Sprinkler System | N/A | N/A | N/A | N/A |
| Tile/Marble 14390 (1) | HARDMAN HOME BUILDERS CO. | 414 40th ST DOWNERS GROVE | 708 473 4043 | 708 473 4043 |
| Water–Sewer 9066 | KEVELOH PLUMBING CO | 6813 HOBSON VALLEY WOOD RIDGE | 630 963 0433 | 630 963 0433 |

*copy of license required

# Exhibit I

**Darien**
Illinois

## CITY OF DARIEN

## APPLICATION FOR BUILDING PERMIT

1702 Plainfield Rd, Darien, IL 60561
Phone: 630-353-8115
Fax: 630-852-4709

City of Darien
Received

JUN 06 2016

Community Development

PERMIT # _13762_

DATE: _6_ / _6_ / _16_

### Property Information

| Street Address | | Apt # | Zip | Parcel # |
|---|---|---|---|---|
| 318 69th STREET | | | | |
| Subdivision / Business Name | | Lot # | Parcel Type: | Zoning: |
| HARDMAN HOME BUILDERS Co. | | | | |

### Property Owner Information

| Property Owner Name | Phone # |
|---|---|
| MR. McDANIEL | 630 975 1095 |
| Address (if different) 318 69th STREET | Fax # |

| City DARIEN | State IL | Zip | Email: |
|---|---|---|---|

### Construction Information

| ✓ Residential ____Commercial | Description of Work | Construction Cost |
|---|---|---|
| ____Demolition ____Other | 3 SEASON ROOM | $ 60,000 |

### Certification:

I hereby certify that I am the owner of record of the named property, or that the proposed work is authorized by the owner to make this application as his authorized agent and I agree to conform to all applicable laws of this jurisdiction. In addition, if a permit for work described in this application is issued, I certify that the code official or the code officials authorized representative shall have the authority to enter areas covered by such permit at any reasonable hour to enforce the provisions of the code(s) applicable to such permit. I understand all permits expire one year from date of issue, and construction must begin within 6 months of issue.

_____
Applicant Signature

708 473 4043
Phone #

STUART HARDMAN & AH. 164
Print Name

**Contractors Information:**

| | Name and Address | Phone # | Office use only Lic. Current? |
|---|---|---|---|
| Architect | CREATIVE OPTIONS | | |
| General Contr. | HARDMAN HomeBuilders Co. | 201.00 | OK |
| Excavation | BUDS CONCRETE Co. | 630 212 7878 | OR |
| Concrete | | | |
| Carpentry | | | |
| Electrical | BRISCO ELECTICS Co. | 708 699 1614 | OK |
| Plumbing | | | |
| Sewer | | | |
| Mechanical | | | |
| Roofing | FIRST AMERICAN. | 708 267 0266 | OK |
| Masonry | | | |
| Drywall | | | |
| Sprinkler | | | |
| Paving | | | |
| Other | United Structural System ↗ added 8-2-16 Not Current | | |

.........................................................................................
Office use only

**Building Department approvals and fees:**

| Signature | | Date Approved |
|---|---|---|
| Zoning/Flood Plain: OK  FP  R-2 | | MW 6-10-16 |
| Plan Review: ↳ addn outside of FP - ok | | |
| Fire Dept: | | |
| Health Dept: | | |

Permit Fee: 1000.00      Plan Review Fee: 180.00      Occupancy Fee: _____

Other Fee: 200.00      Bond: _____      TOTAL FEE:

| Date Issued: 7-12-16 | Issued By: MW | Bond Paid by: |
|---|---|---|

# Exhibit J



