UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Stuart Graeme Hardman<br><br><br><br><br>Debtor(s)<br>Tom Wesolek<br>Rose Wesolek<br><br>Plaintiff(s)<br>Stuart Graeme Hardman<br><br><br>Defendant(s) | BK No.: 16-30419<br>Chapter: 7<br>Honorable Janet S. Baer<br>DuPage<br>Adv. No.: 16-00667 |

**ORDER AWARDING SANCTIONS**

This matter coming to be heard on the Plaintiffs' Motion for Sanctions against the Defendant, due notice having been given, and the Court being fully advised in the premises, for the reasons stated on the record during the June 20, 2018 hearing on this matter;

IT IS HEREBY ORDERED that the Defendant, Stuart Graeme Hardman, must pay sanctions in the amount of $500.00 to the Plaintiffs, Tom Wesolek and Rose Wesolek, in care of the Plaintiffs' attorney, Adam B. Whiteman, no later than July 20, 2018.

Enter: *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  June 20, 2018