# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Bankruptcy Case No. 16-30419 |
| ) | |
| STUART GRAEME HARDMAN, ) | Chapter 7 |
| ) | |
| Debtor. ) | Honorable Janet S. Baer |
| ) | |
| TOM WESOLEK ) | Adversary Case No. 16-00667 |
| ROSE WESOLEK, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| STUART GRAEME HARDMAN, ) | |
| ) | |
| Defendant. ) | |

## ORDER APPROVING STIPULATION AND
## GRANTING MOTION FOR ENTRY OF JUDGMENT

This matter coming to be heard on the motion filed by Tom and Rose Wesolek (the "Plaintiffs") for approval of stipulation and entry of judgment (the "Motion") (ECF No. 95), due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT pursuant to a stipulation signed by Stuart Graeme Hardman (the "Debtor"), and upon the confirmation of said stipulation by the Debtor in open court on July 31, 2018, the Motion is granted as follows:

(1) To the extent that a judgment is entered by any court of competent jurisdiction on the debt outlined in Counts I and II of the first amended adversary complaint, that debt is nondischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(A).

(2) The automatic stay is modified pursuant to 11 U.S.C. § 362(d) to permit the parties to pursue their claims outside of this court in connection with the debt outlined in Counts I and II of the first amended adversary complaint.

(3) The Plaintiffs' pursuit of Counts III and IV of the first amended adversary complaint which object to the Debtor's discharge pursuant to 11 U.S.C. § 727 is withdrawn. A

further hearing to as to whether other parties seek to pursue § 727 claims in connection with this adversary proceeding is set for August 14, 2018 at 10:00 a.m. in Courtroom 615 of the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street in Chicago.

(4) This is a final order, and there is no just reason to delay its enforcement or appeal.

**Dated: August 6, 2018**              **ENTERED:**

_____
Janet S. Baer
Bankruptcy Judge